# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

United States of America
v.
BOBBY COLLINS, Jr.

Case No: 3:97CR00166-013
USM No: 13153-058

Date of Previous Judgment: February 23, 1999    D. Baker McIntyre, III
(Use Date of Last Amended Judgment if Applicable)    Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __168__ months **is reduced to** __137 months__.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __39__        Amended Offense Level: __37__
Criminal History Category: __IV__     Criminal History Category: __IV__
Previous Guideline Range: __360__ months to __life__    Amended Guideline Range: __292__ to __365__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the __February 23, 1999__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __October 2, 2008__

Effective Date: _____
(if different from order date)

Graham C. Mullen
United States District Judge